IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| HANOVER AMERICAN INSURANCE ) <br> COMPANY A/S/O CHRISTIAN ) <br> EDUCATION INC./EZELL-HARDING ) <br> CHRISTIAN SCHOOL, ) <br>     Plaintiff ) <br> v. ) <br> DILLINGHAM & SMITH MECHANICAL ) <br> AND SHEET METAL CONTRACTORS ) <br> D/B/A "DILLINGHAM & SMITH" ) <br> and CARRIER CORPORATION ) <br> ) <br>     Defendants. ) | No. 3:13-CV-1078 <br> JURY TRIAL DEMANDED |

## ORDER GRANTING DEFENDANT CARRIER CORPORATION AN EXTENSION OF TIME TO RESPOND TO COMPLAINT

Upon Motion filed by Defendant Carrier Corporation ("Carrier") stating that Plaintiff has agreed to extend Carrier's time for filing its response to the Complaint by 30 days and pursuant to Federal Rule of Civil Procedure 6(b), Carrier's time for filing a response to the Complaint shall be extended by 30 additional days. Carrier's response to the Complaint will, therefore, be due on January 22, 2014.

It is, therefore, **ORDERED, ADJUDGED and DECREED** that Carrier's time for filing a response to the Complaint is hereby extended by 30 additional days. Carrier's response to the Complaint will, therefore, be due on January 22, 2014.

**IT IS SO ORDERED**.
ENTERED this 23rd day of December, 2013.

_____
**DISTRICT JUDGE ALETA A. TRAUGER**