IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| HANOVER AMERICAN INSURANCE COMPANY A/S/O CHRISTIAN EDUCATION INC./EZELL-HARDING CHRISTIAN SCHOOL, <br><br>    Plaintiff <br><br>v. <br><br>DILLINGHAM & SMITH MECHANICAL AND SHEET METAL CONTRACTORS D/B/A "DILLINGHAM & SMITH" and CARRIER CORPORATION <br><br>    Defendants. | <br><br><br><br><br><br><br><br>No. 3:13-CV-1078 <br>District Judge Aleta A. Trauger <br><br>JURY TRIAL DEMANDED |

**ORDER EXTENDING CASE MANAGEMENT ORDER DEADLINES**

This matter came before the Court upon the Parties' Joint Motion to Extend Case Management Order Deadlines (the "Joint Motion"), and, upon consideration of the Joint Motion and the record in this cause, the Court is of the opinion that the Joint Motion is well taken and should be granted.

Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED, that the following deadlines, as proposed in the Joint Motion, replace the deadlines for the same matters provided for in Case Management Order [Dkt. 29]:

1. The parties shall complete all written discovery and fact witness depositions on or before October 15, 2014.

2. The party bearing the burden of proof on a particular claim or defense must disclose all expert witnesses and expert reports on or before October 31, 2014. The party not

1

bearing the burden of proof on a particular claim or defense must disclose any rebuttal expert witnesses and expert reports on or before November 31, 2014.

    3.    The parties shall file a joint mediation report on or before December 15, 2014.

    4.    The parties shall depose all expert witnesses on or before January 15, 2015.

    5.    All dispositive motions shall be filed on or before February 10, 2015.

Entered this the 27th day of    August   , 2014.

                                     Judge Aleta A. Trauger

APPROVED FOR FILING:

s/ Vlad Kushnir
Vlad Kushnir
VB Kushnir, LLC
1735 Market Street
Suite 3750
Philadelphia, PA 19103
Phone: (267) 507-6078
Fax: (888) 470-2704
vk@vbklaw.com

Attorneys for Plaintiff


 s/ Jeffrey S. Price
Jeffrey S. Price       TN BPR No. 019550
Jarrod W. Stone      TN BPR No. 023915
MANIER & HEROD
One Nashville Place, Suite 2200
150 Fourth Avenue North
Nashville, Tennessee 37219
Phone: (615) 244-0030
Fax: (615) 242-4203
jprice@manierherod.com
jstone@manierherod.com

Attorneys for Dillingham & Smith
Mechanical and Sheet Metal Contractors

s/ John T. Reese
John T. Reese       TN BPR No. 16266
E. Reynolds Davies   TN BPR No. 9946
Belle Meade Center
85 White Bridge Road, Suite 300
Nashville, Tennessee 37205
Telephone: (6l5) 256-8l25
jtreese@dhhrplc.com

Attorneys for Carrier Corporation