# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| HANOVER AMERICAN INSURANCE ) <br> COMPANY A/S/O CHRISTIAN ) <br> EDUCATION INC./EZELL-HARDING ) <br> CHRISTIAN SCHOOL, ) <br> ) <br>     **Plaintiff** ) <br> ) <br> v. ) <br> ) <br> DILLINGHAM & SMITH ) <br> MECHANICAL ) <br> AND SHEET METAL CONTRACTORS ) <br> D/B/A "DILLINGHAM & SMITH" ) <br> and CARRIER CORPORATION ) <br> ) <br>     **Defendants.** ) | No. 3:13-CV-1078 <br>  District Judge Aleta A. Trauger <br><br> **JURY TRIAL DEMANDED** |

**Motion GRANTED.**

## JOINT MOTION TO EXTEND CASE MANAGEMENT ORDER DEADLINES

Come the Plaintiff and Defendants (the "Parties") and jointly move this Honorable Court to enter an Order extending the current deadlines for (1) the Parties' completion of written discovery and fact witness depositions, (2) the Parties' expert witness disclosures, (3) the filing of a joint mediation report, (4) the depositions of expert witnesses, and (5) the filing of dispositive motions. The Case Management Order that was filed on February 24, 2014 [Dkt. 29] provides as follows:

    1.    The parties shall complete all written discovery and fact witness depositions on or before August 31, 2014.

    2.    The party bearing the burden of proof on a particular claim or defense must disclose all expert witnesses and expert reports on or before September 20, 2014. The party not bearing the burden of proof on a particular claim or defense must disclose any rebuttal expert witnesses and expert reports on or before October 20, 2014.

677308.1